THOMAS P. QUINN, JR. (SBN 132268)
NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

Attorney for Defendant EQUIFAX INFORMATION SERVICES LLC,

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENNA BALLEW,<br><br>Plaintiff,<br><br>vs.<br><br>SHERWOOD MANAGEMENT CO., dba, DANIEL'S JEWELERS, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANSUNION, LLC,<br><br>Defendants. | Case No.: 1:26-cv-05481-KES-EGC<br><br>**ORDER ON JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>(Doc. 18) |

The Court is in receipt of the parties' "Joint Motion to Extend Time to Respond to Complaint." (Doc. 18). For good cause shown, the joint motion for an extension of time for Defendant Equifax Information Services, LLC to respond to the complaint is hereby GRANTED. Equifax Information Services, LLC SHALL respond to Plaintiff's complaint by no later than October 26, 2026

IT IS SO ORDERED.

Dated: **September 28, 2026**

UNITED STATES MAGISTRATE JUDGE